## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | |
|---|---|
| PORTLAND PUBLIC SCHOOLS )<br>  Plaintiff / )<br> )<br>  v. )<br> )<br>MR. and MS. DOE, individually and as )<br>Parents and next friends of J. DOE, )<br>a minor )<br> )<br>  Defendant. ) | Civil No. _____ |

## COMPLAINT

Plaintiff Portland Public Schools, (hereinafter, "Plaintiff," or "the District") files this action against Defendants Mr. and Ms. Doe,[1] asserting as follows:

## PARTIES AND JURISDICTION

1.      This is an action commenced under the Individuals with Disabilities Education Act, as amended, 20 U.S.C. §§ 1400 *et seq.* ("IDEA"), supplemented by Maine's laws regarding education of disabled students, 20-A M.R.S.A. §§ 7000 *et seq.*, and their implementing federal and state regulations.

2.      This action by Portland Public Schools ("Portland" or the "District") seeks judicial review of an administrative decision issued by a Maine Department of Education hearing officer, pursuant to the Individuals with Disabilities Education Act ("IDEA"), 20 U.S.C. § 1415(i)(2), wherein the hearing officer erroneously concluded that: (i) the state and federal two-year statute of limitations failed to bar the family's special education claims that arose prior to

---

[1] Plaintiff has filed a Motion to proceed under aliases, which accompanies this Complaint.

February 15, 2022; (ii) Portland should have referred student John Doe (the "Student") for consideration as a possible special education student no later than March 16, 2020; (iii) Portland failed to provide the Student with a free appropriate public education from March 2020 through June 2022; (iv) the Parents' unilateral placement of the Student at a private school in Maine would support an order for compensatory education under federal and state special education laws; and, (v) as a result of these findings, that Portland should reimburse John Doe's parents (the "Parents") for the costs (i.e., evaluation, tutoring, tuition and transportation) they incurred for the Student's unilateral placement at that private school for the 2023-2024 and 2024-2025 school years. Portland is not challenging the hearing officer's rulings that upheld the appropriateness of the IEPs developed by Portland for the Student for the 2023-2024 and 2024-2025 school years.

3. The administrative decision and order were issued on August 27, 2024 by a hearing officer appointed by the Maine Department of Education following a due process hearing conducted pursuant to the IDEA, 20 U.S.C. § 1415(f).

4. The Court's jurisdiction is based upon 20 U.S.C. §§ 1415(i)(2)(A), 1415(i)(3)(A)-(C) (IDEA), and 28 U.S.C. § 1331 (federal question).

5. Portland Public Schools ("Portland") is the local education agency responsible for providing a free appropriate public education to children with disabilities who are residents with their parents of Portland, Maine.

6. Defendants Mr. and Ms. Doe (the "Parents") are residents of Portland. They are the parents of John Doe, a 12-year-old child with a disability (d.o.b. ███████ ).

2

7.     In seeking to reverse a portion of the hearing officer's order under the IDEA, Portland is a party "aggrieved by the findings and decision" of a due process hearing officer within the meaning of the IDEA, 20 U.S.C. § 1415(i)(2)(A).

8.     The IDEA administrative hearing in this case involved a dispute between the parties concerning Portland's alleged failure to timely refer the Student for special education services prior to June 2022, whether Portland provided appropriate programming once the student was identified as a student eligible for special education, and whether placement at or reimbursement for the unilateral placement at Aucocisco School was an appropriate remedy for any alleged IDEA violation.

## FACTS COMMON TO ALL COUNTS

9.     The Student was in Lyseth Elementary School's Spanish immersion program starting in kindergarten, 2017-2018, and continuing until the end of 1st grade. The program was "full" immersion, meaning the elementary curriculum was taught exclusively in Spanish. Parents of immersion students agreed to teach English skills at home, but the Student's parents did not do so in either kindergarten or 1st grade. During those school years, the Student's English language arts scores, which included phonics and decoding, and reading and comprehending grade level informational text, were a mix of approaching, meeting, and exceeding expectations. He was beginning expectations in reading accurately and fluently and was graded "according to District standards for English even though immersion program students read in Spanish."

10.    Reading skills were a concern for multiple immersion program families at the April 2019 parent teacher conferences. Following the conferences, the Student's classroom teacher distributed to all families a list of words he suggested reading at home with their children, to help students struggling with reading to review and remember Spanish vocabulary

they had studied. On May 5, 2019, the teacher also sent a "homework" resource "for those who needed to catch up before the school year ended. In late May, the Parents told the principal of Lyseth Elementary School that the Student was "struggling with reading (getting better, thank you [teacher]!)" and asked to connect with a tutor this summer to make sure the Student kept practicing and was ready for 2nd grade. The principal offered to connect the Parents with a list of tutors, noting, "many are certified teachers (general or special education)." The Parents found a tutor who provided the Student with tutorial instruction that summer.

11.     On August 5, 2019, the Parents told the principal that it was taking a toll on the Student to be the only Black child in his Spanish immersion class and that they believed that it was best to remove him from the immersion program and place him in a regular 2nd grade classroom with at least a 30% ratio of students of color. The principal offered to place the Student in a classroom that was the most diverse in 2nd grade with a teacher skilled in reading instruction. The teacher could also help the Student catch up on reading skills.

12.     The Student entered 2nd grade not reading grade-level English text. On September 11, 2019, his teacher told the Parents that she had assessed the Student's sight word knowledge, that he read two out of 250 sight words and that he scored below 90% accuracy on Level A text. She wrote, "I know he was in the Spanish immersion program for the last two years – but I was hoping you could share with me what kind of phonics / reading / writing activities [the Student] was working on at home during his Kindergarten and First Grade year?" The mother responded, "We did no work at home with him in K or 1st grade." The teacher responded that she thought the Student would qualify for Leveled Literacy Intervention ("LLI") services

with a reading specialist and suggested, "When the leveled books start coming home with [the Student] – it would be great if you would listen to him read and discuss the story with him."[2]

13.     The teacher told Lyseth's reading specialists that the Student knew only two English sight words, which "seem[ed] interesting given that parents [were] supposed to be teaching English skills at home," and referred the Student to LLI.  The Student began to receive LLI instruction in a small group pull-out setting for 30 minutes, 5 days per week. In October 2019, he took the NWEA (in English, of course) and scored in the 34th percentile in reading, with relative strengths in Foundational Skills and Vocabulary.

14.     In Term 1, the Student exceeded expectations in phonics and decoding and was beginning to develop reading fluency skills.  School staff informed the family: "The benchmark for the first trimester is for students to read a Level I or J independently. In December, the expectation is to read level J independently. As we discussed at our fall conference, [the Student] is working toward that benchmark." The Student moved to a more advanced LLI group based on his progress. On January 15, 2020, he read at an Independent G. On February 25, 2020, he read Instructional I with 94% accuracy and satisfactory comprehension, just shy of expectations for the fall of 2nd grade. By the end of February, he progressed from Independent Level C to Independent Level H, making a school year of growth in six months.

15.     In March 2020, The COVID-19 virus began spreading rapidly throughout the United States. On March 14, Superintendent Xavier Botana announced that Portland schools would close starting March 16, marking the beginning of a massive experiment in education at

---

[2] Leveled Literacy Intervention is small group, intensive, supplementary literacy intervention for students having difficulty reading grade-level text, regardless of whether they have a disability. Providing this intervention is required by Maine rule and precedes a school district's duty to refer a student to special education. *See* MUSER § III. *See also* 20 U.S.C. § 1400(c)(5)(F).

home with little notice and time to prepare. Superintendent Botana acknowledged "virtual learning cannot replace the everyday experiment of being in school."

16.     Teachers did their level best to engage students in learning, depending on families to serve as the link between their child and their teacher. The Student's teacher distributed daily academic lesson plans to parents, including a list of 2nd grade high frequency words for families to practice with their children. The Student's LLI teacher checked in with the family on the Student's engagement with his reading materials.

17.     Due to the pandemic, the April break was extended to two weeks; after the break, schools reduced instruction to four days per week; the fifth day was used to offer targeted support, catch up on work, or "just [] relax." On April 27, the Student began remote reading instruction for 30 minutes three days per week. The father asked the Student's classroom teacher about buying books on reading level. He knew the Student's last book was Level I, but he was "just going to do 2nd grade books." She confirmed the Student was reading Level I books, adding, "Second grade reading levels (Fountas & Pinnell measure) range from I/J to L/M."

18.     The last day of "regular" instruction was May 29, 2020, shortening the school year by nearly three weeks, as approved by the Commissioner of the Maine Department of Education. On May 27, the Student was invited to participate in a reading group for students who had not met grade level standards, and which would meet remotely for 30 minutes each day for two weeks. The mother shared it was "amazing how much better he reads in class than with us." Between mid-March and June 12, in the middle of the Covid closures, the Student had thirteen 30-minute sessions of remote LLI and moved from Level H to Level J.

19.     Students ended the 2019-2020 school year with goodbye Zoom calls. They returned to Lyseth only to pick up belongings they left before school abruptly closed, and

remained in their cars while staff handed them their bags. For students who had birthdays during the school closure, the classroom teacher included their "birthday bag." She wrote to families that, in her 20 years of teaching, she had "never encountered a situation that comes close to what we have all been through these last 2.5 months."

20.     On September 14, 2020, Portland schools reopened for "hybrid" learning. Elementary students received instruction for four days each week. Two days were in-person, for a shortened school day of only 5 hours, and the other two days were remote. Each classroom was divided into two "cohorts" that alternated in-person and remote days. Students were given homework on remote days. Teachers were struggling, students were struggling, and parents were struggling.

21.     Teachers had difficulty assessing students' reading and launching the LLI program; the alternating in-person/remote schedule complicated their sharing of materials. Third grade students reading below Level L (grade-level expectation) were flagged. The Student's 3rd grade classroom teacher had three students who had received LLI the prior school year; she anticipated more students needed support and asked LLI staff for help teaching all students who were reading below Level L. She assessed the Student's reading level and emailed the Parents, who were "truly [her] co-teachers," and shared that the Student was reading at Independent Level H, equivalent to end of first grade. She suggested he continue to participate in LLI.

22.     In early November, the Student began LLI, meeting for 30 minutes, three times per week. Two sessions were remote, and one session was in-person. The Student was in a reading group with student reading at Level K, because the literacy instructor believed he could catch up. His Term 1 report card showed that he was "not yet" meeting standards in reading foundational skills, but he was reading and comprehending grade-level literature. His report card

stated that meeting the standard required Independent Level L or higher. Students did not take fall 2020 NWEAs that semester. The NWEA is a statewide measure used for assessing student skills in various areas of reading and math.

23.    Starting January 26, 2021, the LLI instructor had to reschedule the Student's two weekly remote LLI sessions. The Student had skiing lessons on Friday afternoons, causing him to miss six remote sessions. His Term 2 report card contained a mix of "met" and "not yet" marks. In reading foundational skills, he was "not yet" meeting grade-level standards. His classroom teacher wrote that he had moved to Level K. The Student "needed some adult support" with reading but gained knowledge from the texts. In math, he had a mix of "met" and "not yet" met standards. The Student was dismissed from LLI in February because he had made 10 months' growth in a 4 month period.

24.    The one-year anniversary of the pandemic was marked by some level of hope, with COVID-19 mRNA vaccines rolling out – while accompanied by profound, persistent grief. Many students were feeling deeply disconnected from school. Superintendent Botana shared that a "growing number are having chronic attendance problems and are struggling academically."

25.    On March 15, the Student attempted reading a Level M text, but it was too difficult for him. His teacher reached out to the literacy specialist, who noted that the Student had attentional issues and was "not actively supervised at home" during LLI instruction. She asked the teacher if she had considered referring the Student to Child Study; the teacher responded that she had not because she believed that some of his foundational skill gaps came from being in the Spanish immersion program. The next day, the LLI instructor met with the Student; he read a level J book beautifully. She wondered why he didn't do that in the classroom.

26.     The following week, the classroom teacher reached out to the Parents and shared that the Student seemed more distractable and was having a harder time staying focused. She suggested that he use a bookmark or index card at home to track what line he was on and asked that he not have easy access to toys or other distractions during LLI instruction. She also shared sight word strategies and a list of sight words for the Student to practice at home.

27.     By mid-April of 3rd grade, the Student was reading at Level M. This correlates with November/December of 3rd grade. Anticipating a return to in-person learning four days per week starting in late April, the classroom teacher reached out to the Parents because, although the Student had made enough reading gains in the year to have "graduated" from the LLI program, his reading was still below grade-level expectations. She offered to have the LLI instructor meet remotely with the Student after school for 30 minutes twice a week. Following the April break, students began to attend school in-person four days per week from 8:00 a.m. to 12:45 p.m. Data showed a "growing problem with chronic absences, course failures, and students' social, emotional and mental health."

28.     The Student had, at most, ten 30-minute remote LLI sessions between late April and on June 15, 2021, the end of the 2020-2021 (3rd grade) school year. On June 30, 2021, Governor Mills welcomed the end of Maine's nearly 16-month State of Civil Emergency.

29.     Portland reopened its schools for the 2021-2022 school year with in-person instruction five full days per week. On September 14, the Student's 4th grade classroom teacher assessed the Student; he read at an Independent Level K. He also read an Instructional Level L The school worked to launch the LLI program. It was overwhelmed with referrals. In October, the Student started receiving in-person, small group LLI reading instruction for 30 minutes each

9

day. One month into the school year, the Student took the NWEAs. His reading score was in the 4th percentile. His language usage score of 192 was in the mid-30s percentile.

30.    The Student, like many others, struggled with the return to in-person learning with longer days, longer weeks, and twice the number of students in his class, which had some notably "tough behaviors." On October 7 a school social worker, contacted the Parents because staff had noticed some "big feelings" and thought the Student might enjoy a lunch group. The mother said that the Student was "frustrated with his class" because "no one follows directions and the class is always in trouble."

31.    On November 3, 2021, after receiving less than a month of LLI instruction, the Student read at an Independent Level L. On November 29, he read at an Instructional Level M. He also read at a Hard Level N In late November, his classroom teacher expressed concern that the Student was making very slow progress. The LLI instructor wondered if there was a learning issue and about his eyes because he had tracking issues and skipped words at times.

32.    In late December 2021, a school literacy specialist assessed the Student using a Phonemic Awareness assessment and Spelling Inventory. Although he had some skill gaps, the Student demonstrated "strong phonemic awareness across many areas." On the Spelling Inventory, he demonstrated "strong understanding of many spelling concepts." On December 17, the literacy specialist emailed the Student's classroom teacher and another 4th grade teacher about her plans to deliver literacy instruction to the Student and five other 4th graders 2-3 times per week to develop their phonemic awareness and phonics skills to help further improve their English reading and writing. Starting in January 2022, the Student received this small-group instruction.

33.     In early January 2022, the Parents' worries grew about the Student's delays in reading.

34.     On January 21, 2022, the Parents submitted an "inquiry form" to Aucocisco School, a private school approved by the Maine DOE to provide specialized instruction to students.  That form included a section titled "Tell us your story." The Parents wrote: "[The Student] was in the Spanish Immersion program until the end of G1 – he was falling behind in reading development. We moved him out of the program and got him a local tutor from the school. Has improved, but still not up to grade level. Confidence has been heavily impacted. Continues to be tutored. We're not comfortable with how the school is assessing him or supporting him and want to do everything we can to support him getting up to speed and gain confidence. He's wildly creative and very strong at math but his reading and writing are obviously suffering."

35.     After receiving the inquiry form, Barbara Melnick, then-director of Aucocisco, corresponded with the Parents to schedule testing for the Student. She met with the Parents on January 24. The purpose of that meeting was for the family to provide Ms. Melnick with all the background information relevant to the testing she would do. This included a discussion of whether the Student had been receiving special education and if he had been evaluated for special education. Ms. Melnick was concerned that the Student had not been earlier referred and evaluated for special education. Ms. Melnick also testified that when she has a concern about a student's situation, she brings it to the family's attention.

36.     On January 28, the father wrote to Ms. Melnick; he and his wife had just received the Student's MEA scores and "he is in the 7th percentile. I mean." Ms. Melnick responded the next day, on January 29, stating, "Oh my!  That is definitely cause for concern."

11

37.     On February 3, the Parents completed Aucocisco's Client Intake Form and identified the Reason for Referral as "continued reading delay," noting that both the Student's reading and his confidence were Major Areas of Need. Further down, the Intake Form asked, "Does School Identify Student's Needs?" and the Parents stated, "not really."

38.     On February 6, the mother emailed school staff about the Student's "alarming" 9% test score in reading and suggested that performance qualified for "additional testing and an IEP. We are having some independent testing done this week but are increasingly concerned about the slow improvement and want to talk about doing something different. Let us know what next steps there are." The principal asked staff to do an F&P benchmark assessment and see if the Parents wanted to make a special education referral. Even if they did not want to refer the Student, the principal suggested to have staff move forward with a referral.

39.     On February 7, the principal responded with a plan that involved assessment and looped in the special education team. The mother responded, "I'm assuming that we should be doing something different given the 9% score." The Student read a Level N text with 95% accuracy and with excellent comprehension. Both Parents asked what level he "should" have scored. The literacy specialist told them that he was about one school year behind.

40.     On February 28, a special education coordinator emailed the Parents asking if they wanted to refer the Student and if they had any questions about the process. She did not get a response, so the principal followed up with the Parents. The Parent had a call with the coordinator and discussed waiting to refer the Student.

41.     On March 29, the Parents sent Jesse Applegate, Portland's director of student support services, a letter attaching a privately-obtained reading evaluation and requesting an IEP team meeting and evaluation for the Student. Portland took action immediately. The principal

instructed staff to prioritize the referral paperwork. They decided to forego a "Step 1" IEP team meeting and go directly to "Step 2," an IEP team meeting to discuss further evaluations. The Parents authorized the District to complete academic testing, a psychological evaluation, and a classroom observation. Portland continued to provide the Student with reading instruction designed to further develop his phonological and orthographic skills.

42.     On April 28, the Parents shared the final version of Aucocisco's Reading Skills Education Evaluation. Starting May 2, 2022, the Student left school at noon on Tuesday and Thursday afternoons for tutoring at Aucocisco.

43.     Portland completed an evaluation using the Weschler Individual Achievement Test – IV ("WIAT-IV") as well as a classroom observation. The Student's reading comprehension was average and his word reading was just shy of average. His scores in spelling, sentence composition, and essay composition were all below average. His math problem solving and numerical operations were average.

44.     The Student took the spring NWEAs. His reading was in the 25th percentile – a meaningful increase from the fall NWEA. His language usage score was in the 64th percentile – above average – and his growth rate was in the 94th percentile.[3]

45.     On May 23, the mother emailed Aucocisco's director, Barbara Melnick, asking about the "timing for deciding if we want to apply for [the Student] full time next year? We have our meeting with the school on 6/14 but no matter what they find – we remain unconvinced that they can meet his reading needs." They corresponded about the upcoming IEP team meeting; the mother said she would "love to have" Ms. Melnick to join the meeting.

---

[3] District staff who reviewed school-wide NWEA data called students' performance "shocking." Only 33% of students in the Student's class met or exceeded their projected math score, only 61% met or exceeded their projected reading score, and only 50% met or exceeded their projected language arts / usage score.

46.     School psychologist Dr. Ann Christie completed a psychoeducational evaluation report. She reviewed the Student's file, interviewed the Parents and the Student, and administered the Weschler Intelligence Scale for Children – 5th edition and Feifer Assessment of Writing. Dr. Christie observed that the Student's cognitive functioning ranged from the 99th to the 3rd percentiles. His strengths were verbal comprehension and fluid reasoning. His writing scores were generally average. His weaknesses were in phonetic, orthographic, and spelling skills. Dr. Christie concluded that the Student's test results showed a pattern of strengths and weaknesses that were "likely to impact most areas of academic functioning," yet noted that the cause of some of his skill deficits could be the result of and/or exacerbated by" Spanish immersion and COVID remote learning. She cautioned,

> Given that he was in the Spanish Immersion program for kindergarten and 1st grade and then was in a hybrid learning environment for 3rd grade, some of his skill deficits could be due to less exposure to them in English. The Spanish Immersion program taught students to read and write in Spanish. Due to COVID, during his 3rd grade year, though he was in a smaller class, he also received less in-person instruction due to safety precautions.

Dr. Christie recommended phonological and orthographic (sound to symbol correspondence), word reading instruction, and classroom accommodations.

47.     The day before the IEP team meeting, Ms. Melnick asked the Mother for the Zoom link so that she could attend as invited. The Mother responded,

> Strange to say – but talking to [Attorney Richard O'Meara] last week – our goal for tomorrow is to be pretty passive and hope he isn't referred for services. That way we can just send him to you and sue them for reimbursement. Given that goal – we won't need you to join.

48.     On June 13, 2022, the District convened an IEP team meeting to review the Student's evaluations and determine his eligibility for special education and his IEP placement. His teacher shared that he was reading at Level O, at approximately end-3rd / beginning 4th

grade level. The written notice from the meeting reflects the Parents' participation: "We see some of the papers having large squares on them. He goes to Aucocisco 2 days a week. He really enjoys that time and wants to attend there."

49.     The team determined that the Student qualified as a student with a specific learning disability ("SLD") in the areas of reading and written expression. The team developed an IEP that included the following accommodations and services:

a. Classroom, accommodations: strategic seating, movement and mental breaks, shortened writing assignments, assignments broken down into smaller chunks, frequent check-ins, and assistance with task initiation.

b. Testing accommodations (where permitted): the smallest group possible, preferential seating, movement and mental breaks, read aloud, verification of instructions, and text to speech.

c. 30 minutes per day of specially designed instruction ("SDI") in reading in the special education setting.

d. 30 minutes per day of SDI in writing in the special education setting.

The Student's reading goal was to increase from Level O to Level T. His writing goal was to write several sentences about a topic or picture, using correct sentence structure, initial capitalization, and ending punctuation. The IEP start date was September 2, 2022.

50.     The Student had a very successful 5th grade year, the 2022-2023 school year. On September 15, his special education teacher let the Parents know she had not started instruction because Lyseth was down one special education teacher. She shared that she would be using Specialized Program Individualizing Reading Excellence ("SPIRE"), and that she was also trained in Wilson Reading System.[4] On September 16, the Student began receiving specialized reading instruction.

---

[4]   Each of the referenced reading programs is evidence based and structured to address the five components of reading (*i.e.*, phonemic awareness, phonics, fluency, vocabulary, and comprehension).

51.     The Student had some bumps at the beginning of the school year. He was absent twice because he did not want to go to library. The special education teacher worked with the school librarian to curate a selection of books based on what the Student liked to read, his reading level, and what he could feel good holding in front of other students. It worked: the Student chose a book the following week without missing a beat. The special education teacher was also in regular contact with the Parents about the Student's progress. On October 24, she asked the Parents about how the Student was doing with library and whether he was talking about / enjoying the book he took home. The mother responded that they would ask the Student about library and that he had not mentioned the books at all. The teacher shared that the Student was "pretty thrilled to learn about the Titanic and sometimes is waiting at my door with 'What are we going to learn about today?'"

52.     The Student took the fall NWEAs in October 2022. His reading score in reading put him in the 2nd percentile, and in the 25th percentile for rate of growth. His performance was a substantial decrease from his NWEA reading score in the spring of the 2021-2022 school year, despite receiving tutoring through a private arrangement by the family with the Aucocisco School in the interim.

53.     On November 4, 2022, the District convened a remote IEP team meeting to discuss the Student's programming. The Parents' non-attorney education advocate, Joan Kelly, asserted that SPIRE was not individualized, was adamant that the program was no good, and stated that it was too easy for the Student. Ms. Kelly suggested that he should be receiving 1:1 instruction using the Wilson Reading System, knowing that the Student's special education teacher was Wilson-certified. She notified the team that the Parents would be unilaterally placing the Student at Aucocisco and seeking reimbursement. After further discussion, the IEP team

16

decided to change the Student's instruction to 45 minutes per day of 1:1 Wilson instruction, as requested by the family. The team also agreed to hold monthly staff meetings moving forward to discuss the Student's progress and his overall adjustment to school and to hold his annual IEP review by June 12, 2023.

54.     The Student's special education teacher administered the Wilson Assessment of Decoding and Encoding ("WADE") pre-test in order to assess his then-present levels of academic performance to match with the Wilson program. She updated the IEP present levels of academic performance and divided the Student's reading goal into two goals that correlated with the skills taught in the first four steps of Wilson. She also created new writing goals.

55.     Portland regularly updated the Parents on the Student's progress and tried to engage them in his reading skills development, especially because Advocate Joan Kelly was adamant at the November meeting that the Student had not made any progress (despite presenting no evidence to support that assertion). On January 12, he read at Level P. On January 13, he read at Level Q. A week later, he read at an Instructional Level R.

56.     On January 20, 2023, the District convened an IEP team meeting to review the Student's programming. His special education teacher reported that, as of January 13, he was working on Wilson Step 2.2 and had moved from an Independent Level O to an Independent Level Q (less than a grade level below expectation). The mother said she had no confidence in the F&P Level data and Parents expressed concern with the Student's emotional well-being. His special education teacher observed that he tended to be upbeat and silly with his peers and seemed to like being in the classroom.

57.     The IEP team made five determinations at that January 2023 meeting: (1) the IEP services and accommodations would remain the same; (2) monthly check-in meetings would

continue; (3) the Student qualified for extended school year ("ESY") services; (4), the annual IEP meeting would be held by the end of May 2023 and include a middle school transition discussion; (5) the Parents would provide a list of concerns one week prior to the meeting.

58.     On January 25, 2023, the Student took the winter NWEA. His reading score put him in the 20th percentile. His growth rate was truly phenomenal – in the 99th percentile.

59.     On February 6, the Parents expressed concerned about the Student's progress in Wilson, stating inaccurately that it was a two-year, 12 step program. The Parents asked to calendar, ASAP, all remaining meetings for the year, to move the annual review meeting to April, and to have proposals for the summer of 2023 and the 2023-2024 school year at least three days before the IEP meeting.

60.     The Student's special education teacher provided the Parents with detailed progress reports about the Student's reading and writing skills. She had observed the Student reading in the regular education classroom for over five minutes and shared with the Parents that he was "SO ingrained in the book he was reading (and he was reading it, not just going through the storyline pictures) that he had no idea" she was standing there and did not hear the request for lining up for lunch because he was so engrossed in reading. "This feels like a big turning point. He is actively reading books for enjoyment! This is really what we were hoping for!" she said.

61.     On April 10, 2023, the District convened an IEP team meeting to conduct an annual review of the Student's IEP. The mother said the special education teacher was doing great with the Student but "progress is SO slow." Advocate Kelly asserted that the progress was "doggedly slow." She falsely asserted that someone had recommended teaching the Student using the Lindamood Bell methodology. She berated the District for not completing the WADE post-test and stated that it was "ridiculous" to wait until June to discuss 6th grade.

62.     At the meeting, the IEP team created an IEP for the Student beginning April 20, 2023 and ending April 9, 2024. The IEP contained 150 minutes per week of specially designed instruction in writing as well as 225 minutes per week in 1:1 specially designed Wilson reading instruction. The team also discussed summer 2023 programming. Sharlee Mahoney, assistant director of student support services, said that the District had an instructor who could deliver Wilson instruction over the summer. The team determined to offer 20 hours of 1:1 Wilson instruction during the summer of 2023.

63.     Ms. Mahoney summarized the team's determinations – goals, services, accommodations, and summer programming – and proposed to reconvene in June to review the WADE, have a middle school staff member join, and invite the Wilson summer tutor. Advocate Kelly told the Parents that the District "can't tell you much about what they're going to deliver" for ESY. Ms. Mahoney interjected that the District would be offering 20 hours of Wilson and explained why they decided not to do the WADE two months before the end of the school year. Advocate Kelly inaccurately asserted that both the IEP and written notice captured that the team had agreed to do the WADE post-test at the IEP meeting. Advocate Kelly stated that the IEP was not appropriate because "Wilson isn't appropriate" and they thought the Student "needs Lindamood Bell," a different reading methodology.

64.     At this meeting, Advocate Kelly announced that the Parents were going to place the Student at the Aucocisco School and seek reimbursement as well as seek reimbursement for the Student to receive summer reading instruction from a tutoring program called Pine State Learning. The special education teacher offered to talk with the Parents about the Wilson program and the Student's progress. The mother reiterated to the teacher, "You are amazing. Amazing. We adore you. He adores you. It's just so slow…Has nothing to do with you."

65.     In May 2023, the Student took the spring NWEA. He made tremendous gains in reading, scoring in the 48th percentile with a growth rate of 99%.

66.     In early June, the special education teacher administered the Wilson WADE post-test. She was collecting as many literacy data points as possible prior to the June IEP team meeting. On June 8, the special education teacher sent home a writing piece the Student completed about the book titled Kensuke's Kingdom, calling it "pretty impressive" and sharing, "I think he is proud of his work."

67.     The District convened an IEP team meeting on June 14, 2023. The team discussed the Student's performance on the WADE post-test and the great gains and skills he had developed during the year. The next day, reflecting on the meeting, the special education teacher wrote, "[L]ast meeting of my career…and I wish I could feel more uplifted. The parents not talking felt very strange…like there was a hidden agenda and I don't know what it was. It was so awkward. I wanted to celebrate his growth in testing and it wasn't celebrated."

68.     In June 2023, Pine State Learning assessed the Student's literacy skills. On virtually every single assessment measure, the Student's skills grew – in some measures, significantly so. He made progress on phonemic awareness, nonsense word decoding, reading accuracy, reading fluency, irregular word reading, visual perception, and comprehension, among other skills.

69.     The Parents removed the Student from Portland schools and he attended Aucocisco for 6th grade, the 2023-2024 school year. On April 8, 2024, while the Student was attending Aucocisco, the District convened an IEP team meeting to conduct an annual review of the Student's IEP. At that meeting, the team developed the Student's April 2024 to April 2025 IEP. That IEP included classroom and testing accommodations, as well as 1:1 specially designed

instruction ("SDI") in reading for 45 minutes per day, to be provided by Pine State Learning, and SDI in writing for 30 minutes per day to be provided by a special education teacher. The IEP also included the following extended school year services for the summer of 2024: 20 hours of 1:1 reading instruction delivered by Pine State Learning. The Student did not access those services.

70.     The Student's literacy program at the Aucocisco School during the 2023-2024 school was not only mediocre, but it also did not result in the Student receiving meaningful educational benefit. He received one hour per day of 1:1 reading tutoring delivered by an educational technician, and received writing instruction from a general education – not special education – teacher. As a result of this instruction, the Student's decoding skills, sight word recognition, and reading fluency decreased, and he was only able to read at an independent level on 3rd grade text. Put simply, this was a failed placement.

71.     The Parents filed a special education due process hearing request with the Maine Department of Education on February 15, 2024.

72.     The Maine DOE appointed a hearing officer who presided over an administrative due process hearing held on June 11, June 13, and June 18, 2024.

73.     The hearing officer found that: (i) the Parents timely filed their due process hearing request advancing claims extending back to the Student's kindergarten year, the 2017-2018 school year;[5] (ii) Portland violated special education law by failing to provide the Student a FAPE, commencing on March 16, 2020, by failing to refer the Student to special education and failing to find him eligible until June 13, 2022; and, (iii) the Student IEPs for the 2022-2023 and

_____

[5] The hearing officer made this determination despite making a directly contradictory factual finding, namely that Ms. Melnick, the private evaluator and the family's expert witness at hearing, expressed concern to the Parents in January 2022 about the Student's reading skill deficits and the fact that he had not been referred to special education.

2023-2024 school years were reasonably calculated to provide him a FAPE in the least restrictive environment.

## COUNT I
### (Review of Due Process Determination Under the Individuals With Disabilities Education Act, 20 U.S.C. § 1415, and 20-A M.R.S.A. § 7207-B)

74.     Portland repeats the allegations set forth in Paragraphs 1 through 73 of this Complaint.

75.     Federal and state special education laws authorize the Court to conduct judicial review of the administrative decision and to "grant such relief as the court determines is appropriate." This authority includes the power to reverse or vacate some or all of the hearing officer's findings and remedial order that were erroneous and/or violated the law.

76.     The hearing officer committed legal and factual error by failing to properly apply the IDEA's two-year statute of limitations provision found at 20 U.S.C. § 1415(f)(3)(C). This error permitted the hearing officer to consider and rule against Portland on claims that arose more than two years before the date on which the Parents filed their due process hearing request on February 15, 2024.

77.     The hearing officer erred in concluding that Portland failed to timely refer John Doe to special education and thereby denied John Doe a free appropriate public education ("FAPE") with that denial commencing March 16, 2020. This error included a failure to consider, *inter alia*: (i) the impact of the Student's enrollment in a Spanish-only academic program for kindergarten and 1st grades; (ii) evidence of the Student's progress in developing his literacy skills in the programming he received from Portland; (iii) and, the impact of the COVID- 19 global pandemic on the District's ability to deliver academic programming.

78.     The hearing officer failed to apply the proper burden of proof when she ruled that the Parents had met their burden in this case, even though no witnesses or records presented to the hearing officer offered the opinion that Portland had denied the Student a FAPE in any of the ways alleged by the Parents, or in any other way.

79.     The hearing officer failed to make any determination as to what educational harm the Student received in connection with her conclusion that the Student was not timely referred to special education, or how her compensatory order in any way was oriented to remedy the violations she found to have occurred.

80.     The hearing officer failed to consider Portland's duty to provide programming in the least restrictive environment when she entered an order for Portland to reimburse the family for the cost of the Student's placement for two years at the Aucocisco School as a remedy for Portland's alleged failure to timely identify the Student for special education, despite her additional ruling that Portland could and did provide appropriate educational programming in a public school setting.

81.     The hearing officer erred in concluding that the services provided to the Student by the Aucocisco School met the First Circuit's standard to support an order for reimbursement or compensatory education.

82.     The hearing officer erred in rejecting Portland's claim that the Parents had either obstructed or acted unreasonably in the IEP team process, including plotting with their attorney and advocate to undermine the IEP team process, or acted unreasonably in unilaterally placing the Student at Aucocisco, in violation of 20 U.S.C. § 1412(a)(10)(C)(iii)(III).

*Wherefore,* Portland Public Schools respectfully requests that the Court enters judgment in its favor and, specifically, awards the following relief:

(a) To reverse, vacate, or amend the hearing officer's orders: (1) that the Parents met

their statute of limitations burden; (2) that Portland violated the IDEA's child find

provisions; (3) that any child find procedural violation denied the Student a FAPE;

and, (4) that the services provided to the Student by Aucocisco met the standard to

support an order for reimbursement or compensatory education; (5) the Parents's

actions during the development of the Student's IEP were reasonable; and,

(b) To award Portland such further relief as the Court may deem just and proper.


Dated:  November 22, 2024                    Respectfully submitted,

                                             /s/ Eric R. Herlan_____
                                             /s/ Rachel W. Sears_____
                                             Eric R. Herlan
                                             Rachel W. Sears
                                             Attorneys for Portland Public Schools

Drummond Woodsum & MacMahon
84 Marginal Way, Suite 600
Portland, ME 04101
(207) 772-1941


## CERTIFICATE OF SERVICE

I hereby certify that on November 22, 2024, I electronically filed this Answer to the Complaint with the Clerk of the Court using the CM/ECF system, which will send notification to all involved parties in the case.

                                   / s/ Eric R. Herlan
                                   Eric R. Herlan